## Exhibit List

### Exhibits to Affidavit of Special Assistant United States Attorney Hillary A. Taylor in Support of Request for Extradition of Defendant Ibrahim Ghassan Sleyman

**Exhibit 1**     Certified Copy of Complaint

**Exhibit 2**     Certified Copy of Arrest Warrant

**Exhibit 3**     Certified Copy of Indictment

**Exhibit 4**     Relevant U.S. Statutes

**Exhibit 5**     Photographs of Defendant IBRAHIM GHASSAN SLEYMAN